1140

No. 03–7819. IRIZARRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7820. FLORENCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7823. RIOJAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7827. ARNULFO-SANCHEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7828. GERONIMO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7834. GODINES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7838. CURETON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7840. BUITRON v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 03–7874. MEDINA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7886. CASTANEDA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7889. AGUILAR PAULINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7898. SLATER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1267. CHARTER COMMUNICATIONS, INC., ET AL. v. SANTA CRUZ COUNTY, CALIFORNIA. C. A. 9th Cir. Motion of National Cable & Telecommunications Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–1649. MARYLAND v. WALLACE. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.